UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 1

| | |
|---|---|
| **MITSUBISHI POWER AMERICAS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES**,<br>Defendant. | **SUMMONS**<br><br>**Court No. 22-cv-00280** |

**TO:**    The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

### PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Savannah, GA (1703) | Center (if known) | 003 |
| Protest Number: | 170322113921 | Date Protest Filed: | 03/02/2022 |
| Importer: | Mitsubishi Power Americas, Inc. (Formerly Known as Mitsubishi Hitachi Power Systems Americas, Inc.) | Date Protest Denied: | 04/04/2022 |
| Category of Merchandise: | Supported Catalysts | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| FY1-2051720-3 | 10/09/2020 | 09/03/2021 | | | |
| FY1-2051768-2 | 11/07/2020 | 10/01/2021 | | | |
| | | | | | |
| | | | | | |

Serhiy Kiyasov
Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, IL 60602
Telephone: (312) 824-6195
Email: skiyasov@rocktradelaw.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Supported SCR Catalysts | 8421.39.4000 / 9903.88.01 | Free / 25% | 3815.19.0000 / 9903.88.56 | Free / Free |

**Other**

State specifically the Decision [as described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

The eligibility of the protested articles for exclusions from Section 301 tariffs by meeting the descriptions provided in the sections of U.S. Note 20 of HTSUS Chapter 99, Subchapter III that correspond to the above-claimed provisions under HTSUS subheading 9903.88.56.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Signature of Plaintiff's Attorney_

Serhiy Kiyasov                                September 27, 2022
*Name*                                              *Date*

**SCHEDULE OF PROTESTS**

<u>003</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |